**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**WILLIAM SMITH,**

                            **Plaintiff,**                              **ORDER**

        **-against-**                                     **17-CV-1164 (PKC)**

**JOHN DOE POLICE OFFICER,**

                             **Defendant.**
------------------------------------------------------------x

On May 12, 2017, the Honorable Pamela K. Chen issued a Memorandum and Order

granting the application of *pro se* plaintiff William Smith ("plaintiff") to proceed *in forma*

*pauperis* and dismissing plaintiff's claims brought against the People of the State of New York

and a NYPD Queens County Precinct.  See Memorandum and Order (May 12, 2017),

Electronic Case Filing Docket Entry ("DE") #7.  Judge Chen ruled that the claims against the

"John Doe" police officer could proceed and directed the Corporation Counsel of the City of

New York to identify that officer by name.  See id. at 4-5.  To date, the Corporation Counsel

has not done so, nor does the record reflect that the Corporation Counsel has requested further

information from plaintiff to aid in identifying the John Doe Police Officer.  In recognition of

the difficulty the Corporation Counsel may have in identifying the John Doe Police Officer, the

Corporation Counsel is directed to send plaintiff, by June 19, 2017, a blank section 160.50

release pursuant to the New York Criminal Procedure Law for sealed arrest records for the

arrest that is the subject of the complaint, which plaintiff must execute and return by July 7,

2017.  The Corporation Counsel must, by August 4, 2017, provide the full name of the John

Doe Police Officer and an address for service.

In addition, the Clerk mailed a copy of Judge Chen's Memorandum and Order to

plaintiff at the address he provided in the complaint and Civil Cover Sheet.  However, that mailing was returned to the Court on June 12, 2017, by the United States Postal Service with the notation, "Not Here - Return to Sender."  <u>See</u> Mail Returned as Undeliverable (June 12, 2017), DE #9.

Based on research conducted by the Court, it appears that plaintiff is currently incarcerated at the Sing Sing Correctional Facility.  Accordingly, the Clerk is requested to update the docket sheet to reflect plaintiff's change of address: William Smith, 17A1191, Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY 10562.  Plaintiff is again advised that he must make sure that the Clerk's Office has his current address.  If any contact information changes, the plaintiff must promptly notify the Clerk's Office so that the Court and the defendant are able to contact him.  If the plaintiff fails to provide accurate and current contact information to the Court, he may not learn about important developments in the case, and his claims could be dismissed.

**SO ORDERED.**

**Dated:  Brooklyn, New York**
      **June 16, 2017**

/s/    *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**